UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEE OROZCO,<br><br>Defendants. | 3:15-CR-0038-RCJ-WGC<br><br>**ORDER** |

On December 14, 2020, this Court ordered that the defendant be released from custody when the defendant is accepted into a residential program and when a bed becomes available at such residential program for the defendant (ECF No. 48).

On December 22, 2020, counsel for the defendant advised the Court that the defendant has been accepted and a bed will be available for the defendant at Ridge House on January 4, 2021.

THEREFORE, the defendant shall be released from custody at **9:00 a.m.** on **Monday, January 4, 2021**, for direct transport by the Office of the Federal Public Defender to the Ridge House.

**IT IS SO ORDERED.**

DATED:   December 23, 2020

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE