# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:15-CR-00038-RCJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LEE OROZCO, | ) | |
| Defendant. | ) | |

Pursuant to the Status Report (ECF No 57), on January 4, 2021 Mr. Orozco was accepted into Ridge House and his treatment is expected to last approximately 5 months. Mr. Orozco's Zoom Video Revocation of Supervised Release hearing is currently set for 12:30 P.M., Monday, January 11, 2021, and the parties are asking that the hearing be continued to June 21, 2021. Accordingly,

**IT IS HEREBY ORDERED** that the Video Revocation of Supervised Release hearing via Zoom currently set for 12:30 P.M. on January 11, 2021 is CONTINUED to **10:00 A.M. (PDT), Monday, June 21, 2021.**

IT IS SO ORDERED.

Dated this 4th day of January, 2021.

_____
ROBERT C. JONES
United States District Judge

1