```
                    RECEIVED
____ ENTERED    ____ SERVED ON
       COUNSEL/PARTIES OF RECORD

         JUL 27 2021

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEE OROZCO,<br><br>　　　　　Defendant. | Case No. 3:15-CR-00038-RCJ-WGC<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

　　　　I understand that I have a right to appear in person in court at the Initial Appearance in this case scheduled for July 26, 2021. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of COVID-19 in the District of Nevada in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

　　　　Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference, or telephone conference if video conference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/Lee Orozco                      7/26/2021
Defendant's Signature           (date)


/s/Kate Berry                      7/26/2021
Signature of Defendant's Attorney   (date)

Kate Berry
Printed Name of Defendant's Attorney

_[Judge's signature]_  7/27/2021
Judge's Signature              (date)

CARLA BALDWIN, USMJ
Judge's Printed Name and Title