AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

JUDGMENT

v.

Case Number: 3:15-cr-00038-RCJ-WGC
(Related Case  3:20-CV-00240-RCJ)

LEE OROZCO,

        Defendant-Petitioner.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 37) is **DENIED**.
    **IT IS FURTHER ORDERED** that no certificate of appealability shall issue.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: August 25, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk